UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:23-cv-01585-FLA-MAR** Date: September 22, 2026

Title: ***David Calderon v. S. Smith***

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

On November 27, 2023, the Court ordered David Calderon ("Petitioner") to file status reports every ninety (90) days indicating the status of his state case. Dkt. 11. Plaintiff's last status report was filed on August 29, 2025 and indicated that his state case was ongoing, seventeen (17) months had passed without the filing of the Post Conviction Motion for DNA Testing, and Petitioner was not able to get in contact with his attorney. Dkt. 21. Petitioner has not filed a Status Report since that date over a year ago.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** in writing, on or before **October 16, 2026**, why he has failed to file status reports. Petitioner should alert the Court to the current status of his state court action and whether he intends to continue pursuing the exhaustion of his claims in state court. Petitioner is warned that failure to timely respond may result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev